**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**


RECARDO FRAZIER                                                             PLAINTIFF

V.                                                 CAUSE NUMBER: 4:25-CV-065-JDM-JMV

STATE OF MISSISSIPPI                                                        DEFENDANT


**ORDER OF RECUSAL**

The above styled and numbered cause was assigned to United States District Judge James D. Maxwell, II on June 4, 2026. Judge Maxwell, on his own motion, hereby RECUSES himself from this cause.

It is ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

SO ORDERED, this the 4th day of June 2026.


 /s/ James D. Maxwell, II
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI